VIRGINIA:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| TRAN LE | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 1:18-cv-520-LO-JFA |
| | : | |
| TARGET STORES, INC., | : | |
| Defendant. | : | |

**MOTION**

MOTION TO USE PHOTOS AND VIDEO IN PLAINTIFF'S OPENING STATEMENT

COMES NOW, plaintiff, by and through counsel and moves this Honorable Court to permit Plaintiff to use photos and video of the event in her opening statement.

Respectfully submitted,
TRAN LE
By Counsel

HICKMAN LAW OFFICE
_____/s/_____
Gwendolyn M. Hickman
Bar No.: 24587
Counsel for Plaintiff
1000 Queen St
Alexandria, VA 22314
(703)748-3001 phone
(703) 748-3044 fax
gwen@hickmanlawoffice.com

_____/s/_____
George E. Tuttle, Jr.
Bar No. 14111
Counsel for Plaintiff
2331 Mill Rd.

Alexandria, VA 22314
(703)224-8964 phone
(703)224-8801 fax
georget@getuttlelaw.com

Certificate of Service

I hereby certify that a copy of the foregoing was sent 1/10/2019 by email to J. Derek Turrietta, Esq., Counsel for Defendant at dturrietta@sntlegal.com.

_____/s/_____<br>Gwendolyn M. Hickman